FILED
SUPERIOR COURT
OF GUAM

2020 SEP -8 ᵠᵖ 12: 15

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| COAST 360 FEDERAL CREDIT UNION, | CIVIL CASE NO. CV0500-17 |
| Plaintiff, | |
| vs. | **DECISION AND ORDER** |
| RICHARD T. DAMIAN, | |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on July 29, 2020, upon the Plaintiff's Motion to Compel Discovery and for Sanctions filed February 19, 2020. Plaintiff Coast 360 Federal Credit Union ("Coast 360" or "Plaintiff") was represented by Attorney William B. Brennan. Defendant Richard T. Damian ("Mr. Damian" or "Defendant") appeared via telephone and is currently *pro se*.[1] Having reviewed the pleadings and considered the arguments and relevant legal authorities in this matter, the Court issues the following Decision and Order.

## BACKGROUND

On November 13, 2019, the Court granted the Plaintiff's first Motion for Sanctions filed August 12, 2019. *See* Dec. & Order (Nov. 13, 2019). In its November 13, 2019, Decision and Order, the Court sanctioned the Defendant for his failure to appear at two duly noticed depositions in February and July of 2019. Consequently, the Court ordered the Defendant to pay to the Plaintiff attorney's fees and costs related to the two missed depositions and the

---

[1] The Defendant was previously represented by Attorney Joseph C. Razzano ("Attorney Razzano"). On August 30, 2019, Attorney Razzano moved to withdraw as Defendant's counsel, noting a breakdown in communication despite counsel's numerous attempts to contact the Defendant. Subsequently, the Court finding good cause granted Attorney Razanno's Motion to Withdraw on September 24, 2019.

Plaintiff's first Motion for Sanctions in the amount of $12,125.57. *See* Order (Dec. 11, 2019) ($11,376.00 in attorney's fees and $749.57 in costs).

On February 19, 2020, the Plaintiff filed the instant motion requesting that the Court again sanction the Defendant for failing to appear at the now third duly-noticed deposition scheduled for January 9, 2020, and for failing to respond to the Plaintiff's request to inspect the Property at issue. Specifically, the Plaintiff requests that the Court enter an order: 1) compelling the Defendant to submit to a deposition; 2) compel the Defendant to allow an inspection of the Property at issue; and 3) sanctioning the Defendant by requiring the Defendant to pay reasonable costs and attorney fees related to his failure to appear at the duly-noticed deposition scheduled for January 9, 2020, despite the Court's previous order imposing sanctions on the Defendant for failing to attend two duly-noticed depositions in 2019, as well as reasonable attorney fees related to brining the instant motion.

On July 29, 2020, a hearing was held on the instant motion wherein the Court heard from both parties. Plaintiff's counsel appeared via Zoom, while the Defendant appeared via teleconference. At the conclusion of the hearing, the Court took the matter under advisement.

## DISCUSSION

Rule 30 of the GRCP authorizes a party to take the oral deposition of "any person, including a party . . . without leave of court." *See* Guam R. Civ. P. 30(a)(1). In other words, no subpoena is needed to compel the deposition of a party to an action. The only requirement is that the party be served with proper notice of the deposition beforehand. *See* Guam R. Civ. P. 30(b)(1); *see also Jules Jordan Video, Inc. v. 144942 Can. Inc.*, 617 F.3d 1146, 1158 (9th Cir. 2010) (finding that a "simple notice of deposition is sufficient to compel [a party's] attendance"). Where a party to an action fails to attend his or her own deposition, after being served with proper notice, the Court on motion may make such orders in regard to the failure as are just. Guam R. Civ. P. 37(d)(1). Further, "[i]n lieu of any order or in addition thereto the court *shall* require the party failing to act or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses

unjust." Guam R. Civ. P. 37(d) (emphasis added). In other words, the Court must impose reasonable expenses and attorney's fees on the failing party if the party's failure to appear at his or her own deposition was not substantially justified and if no other circumstances make such sanction unjust. *Id.*

Here, it is undisputed that the Defendant was duly notified of the deposition scheduled for January 9, 2020, and that the Defendant failed to appear despite the Court's previous order imposing sanctions on the Defendant for failing to attend the two previous duly-noticed depositions in 2019. At the motion hearing on July 29, 2020, the Defendant did not provide the Court with an explanation to substantially justify his failure to attend the most recent duly-noticed deposition. Nevertheless, the Court finds that the Defendant's *pro se* status and limited understanding of the proper legal procedure substantially justifies such failure in this instance. Therefore, the Court finds that a second award to the Plaintiff of costs and attorney's fees would be unjust at this time.

Accordingly, the Court hereby **DENIES** the Plaintiff's request for monetary sanctions. The Court however, will **GRANT** the Plaintiff's Motion to Compel and hereby **ORDERS** the Defendant to submit to a deposition and allow an inspection of the Property at issue. Failure by the Defendant to comply with this Court's order may result in further sanctions.

### CONCLUSION

For the reasons set forth above, the Court **DENIES** the Plaintiff's request for monetary sanctions. The Court however, **GRANTS** the Plaintiff's Motion to Compel Discovery and hereby **ORDERS** the Defendant to submit to a deposition and allow the Plaintiff to inspect the Property at issue. Failure by the Defendant to comply with this Court's order may result in further sanctions.

**IT IS SO ORDERED** SEP 0 8 2020 .

**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**